

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

MAR 18 2008  *aew*
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Eeon Williams*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV1588
JUDGE LINDBERG
MAG.JUDGE DENLOW**

vs.

Case _____
(To be supplied by the Clerk of this Court)

*Harley Lampkin*
*Mr. Scabana, Warden*
*Ginger Jones, Med. Admin.*

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

✓ _____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Eeon Williams_

B.    List all aliases: _____

C.    Prisoner identification number: _10185-026_

D.    Place of present confinement: _Metropolitan Correctional Center_

E.    Address: _71 W. Buren Street - Chicago, Il. 60605_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Mr. Harley Lampkin_

Title: _Director of the Bureau Of Prisons_

Place of Employment: _Federal Bureau of Prisons_

B.    Defendant: _Mr. Scabana_

Title: _Warden_

Place of Employment: _Oxford Federal Correctional Center_

C.    Defendant: _Ginger Jones_

Title: _Medical Administrator_

Place of Employment: _Oxford Federal Correctional Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.    List all defendants: _____

_____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made: _____

_____

_____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.**    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)



*See the "Statement of Claim" enclosed (10) pages*

4

Revised 9/2007

# Statement Of Claim

While I was incarcerated as a prisoner, in the Federal Bureau Of Prisons, Oxford Federal Correctional Institution, I was exposed to potentially deadly disease called Community-Associated Staphylococcus Aureus. "**CA-MRSA**" otherwise known as Methicillin Resistant Staphylococcus Aureus.

On approximately **May 27th, 2003** I noticed what appeared to be small red, pimple like bumps on my arm and legs. I submitted the proper forms in which to see the doctor immediately, because I was aware of what a staph infection looked like, having seen other inmates at this facility with the disease.

When I saw the doctor (Dr. James Reed), within 48 hours of submitting a request to get medical attention, I told him that I suspected that the infection was "Staph." However, after an inspection of the infected areas on my body, Reed told me that I was having an allergic re-action to something, maybe it was the soap I was using, or even the water. I questioned his opinion because I had never had an allergic re-action to soap or had such bumps before appear on my skin.

Dr. James Reed, an employed doctor and/or medical health care provider, at Oxford F.C.I. made a diagnosis solely from a visual inspection, and told me that the infections were in fact caused by an allergic re-action, and was not "Staph". Reed then prescribed for me "Benedryl," as medication for the treatment of the infection.

It should be noted: The doctor "Reed" did not properly diagnosis my infection as MRSA, which is what it turned out to be. Reed did not take a tissue sample of the infected area, or a nasal secretion for signs of drug-resistant bacteria, as is required by the Department of Health in making a proper diagnosis.

The failure to make a proper diagnosis of the infection, and to prescribe proper treatment of medication, has placed me at an increase risk of this life-threatening skin infection.

Two days after the mis-diagnosis, when I woke up in the morning, the bump area had become worst and had turned into an absis about ½ inch wide, and my arm had

swollen up twice the size, and the pain that I was experiencing was intollerable.

It was on a Wednesday when I originally noticed the infection and filed requests to see the doctor. It was on that Friday, 48 hours later when I saw the doctor. It was on Sunday, two days later that my infection had progressed and got worst. With an improper diagnosis and while on medication that was not for the treatment of "Staph", the infection grew worst. It was a holiday weekend, and the medical department would be closed on Monday, and the doctor would not return until Tuesday.

Therefore, on Sunday morning I sought immediate medical attention, and even though there were no doctors available, I was seen by a physician assistant, "P.A." who saw me on an emergency status. The P.A. saw the wound and determined it to be "MRSA", he took a culture of it, and he cleaned the wounds, and bandaged my arm. I was provided "tylenol" for the pain that I was experiencing, and instructed to come back the following day, to have the wound drained and cleaned, and re-bandaged.

I was also given additional bandages or gauze, and some triple antibacterial ointment, for me to self-treat my wound after showering.

On Monday, the following day, I went back to the health service department for additional treatment by the P.A. who was on duty. My wound on my arm was treated, as it was drained, cleaned, and it was ointed with some kind of unidentified white cream, applied to the wound. It was re-bandaged, and I was instructed to return to sick-call the following morning which would be on "Tuesday." At that time I was placed on "convalesense" for only a few days, and also instructed to stay away from engaging in sports activities that may cause me to sweat, because sweating may spread it, then I was sent back to my housing unit.

On Tuesday, I went to see the P.A. at the health services department, they took a wooden Q-tip, and dug the core out of the lesion on my arm, at that time, the P.A. said that my wound was in fact staph infection, but they were still waiting on the Results of the culture to see what antibiotics

Page # 4 of 10

they could prescribe, he then consulted the doctor, and I was prescribed "Cipro" at the time. After the drainage of my wound, I was bandaged up again, and given some triple antibacterial ointment, also provided more gauze and tape, then sent back to my housing unit.

I took the antibiotics for seven (7) days as prescribed and everything seemed like it was clearing up, but three (3) days after the treatment of the antibiotics ended, the bumps and lesions returned. This time the lesions appeared under my arms and on my legs and knees. I requested to return to sick-call, they prescribed me more antibiotics, gave me more gauze and triple antibiotic ointment. They also instructed me to keep my hands, clothes, and living area clean. I was sent back to work, and instructed to return back to health services so that someone could examine my wounds again and to drain and clean them.

The administration of Oxford F.C.I. including Warden Scabana, and the Medical Administrator Ginger Jones were reckless in their handling of my medical care, and jail conditions lead to me being exposed to this deadly disease.

Page #5 of 10

It is my view that the jail conditions at Oxford F.C.I. were as such that other inmates who had the skin infection known as MRSA, were not being medically isolated. Infected inmates remained in population, this policy and practice placed me in harms way, and ultimately lead to me contracting this potentially deadly disease.

This administration was negligent in it's handling of my health and safety. The increased risk to staph also known as MRSA, happened as a direct result of these conditions and practices.

**It should be noted:** Staphylococcus Aureus, or "staph" as it is sometimes called, is a common bacterium found on the skin or in the nose of 25-30% of humans. While it is usually harmless, in certain instances it may cause moderate to severe skin infections. Less commonly, it causes more serious systemic infections e.g., bloodstream, surgical wound and pneumonia requiring hospitalization. One group of staph known as MRSA, methicillin-resistant Staphylococcus Aureus was first identified in the 1960's, and is now prevalent in most hospitals. The organisms known as beta lactams, as well as other antibiotic families, and are therefore cause

for consideration and concern. Because of resistance, vancomycin has often been the only drug able to successfully treat these MRSA infections.

(See Exhibit #A-01, Alliance for the Prudent Use Of Antibiotics, "Update on antibiotic resistant Staph aureus.")

I was not provided the proper mediention or antibiotics to treat the disease, and this lead to the reoccurrances of the disease. I was not treated with vancomycin.

It should be noted: Staphylococcus aureus (MRSA), or the Superbug. It is resistant to most standard antibiotics and becoming more resistant to newer ones. MRSA is now the most common cause of skin infections in the majority of American cities, says Dr. G. Moran, University of California, Los Angeles, David Geffen School of Medicine. He believes doctors should be giving patients who need antibiotics only those known to effectively combat MRSA. He says things have changed over the last ten years - a different type of bacteria is now the most common cause of infection.

(See Exhibit #A-02, Medical News Today)

Page # 7 of 10

It should be noted: Staphylococcus is a group of bacteria, familiarly known as Staph (pronounced staff), that can cause a multitude of diseases as a result of infection of various tissues of the body. Staph bacteria can cause illness not only directly by infection (such as in the skin), but also indirectly by producing toxins responsible for food poisoning and toxic shock syndrome. Staph related illness can range from mild and requiring no treatment to severe and potentially fatal.

(See Exhibit #A-03, Medicine Net. com, "Superbug Staph Spread in Community")

The above listed report gives a number of other diseases caused by staph.

The conditions in Oxford F.C.I.'s dayrooms, cells, restrooms and living quarters has lead to the wide spread of MRSA. This coupled with a failure to educate inmates concerning the preventative measures to protect themselves. I was never educated on staph while at this facility, and was unaware of how to protect myself, or how I could become comtaminated with this potentially deadly disease.

Page # 8 of 10

It should be noted: Like other staph infections, MRSA is passed from person to person through direct contact with skin or through contact with contaminated items. The bacteria may live in people's noses and on their skin, and usually don't cause any problems. However, young children, the elderly and individuals with immune deficiencies are at particular risk.

• What can be done to prevent MRSA infections?
• Facility Maintenance Recommendations
• EPA-registered disinfectant, cleaner and sanitizer

(see Exhibit #A-04, MRSA Cleaning Products)

The administration of Oxford F.C.I. allowed prison conditions to exist that had the potential contaminate surfaces with MRSA. The inmates who have MRSA are left in housing units, and as a direct result the spread of MRSA on surfaces through out the living quarters adds to the spread of disease from inmate to inmate. At issue are hard surfaces and equipment such as floors, drinking fountains, toilets, light switches, door handles, handrails, tables and desks should be cleaned routinely using properly EPA-registered disinfectant cleaner and sanitizer.

It should be noted: Due to the highly contagious nature of MRSA, hospitals and prisons have become a breeding ground:

According to the Centers for Disease Control and Prevention, health care - associated infections account for an estimated 1.7 million infections and 99,000 associated deaths each year in American hospitals, and prisons.

(see Exhibit #A-05, The Healia Health Blog)

When I state that my life was placed at an increase risk of death. The above listed facts prove my case.

(see Exhibit #A-06, Mayo Clinic.com)

This report cites other risk factors that lead to being involuntarily exposed to this deadly disease.



Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The defendants are being sued in both their individual and official capacities. I am asking the court to award me Ten Million Dollars #10,000,000.°° in both punitive and compensatory damages, for the pain and suffering associated with being contaminated with this disease.

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _10th_ day of _March_, 20 _08_

_Eeon Williams_
(Signature of plaintiff or plaintiffs)

_Eeon Williams_
(Print name)

_#10185-026_
(I.D. Number)

_Metropolitan Correctional Center_
_71 West Van Buren Street_
_Chicago, Illinois 60605_
(Address)

Revised 9/2007

# Exhibit #A-01

Alliance For The Prudent Use Of Anti-
biotics

"Update on antibiotic-resistant Staph
Aureus"

3 Pages





| Consumer Information | Practitioner Information | Research & Surveillance | News |

**Antibiotics &
resistance**
Q & A's
Ecology
Educational
Publications

**What's
happening**
News
APUA int'l
network
Meetings
Related
websites

**About APUA**
About us
Donate to
APUA
Work for APUA
Contact us


printer friendly
version


email this page

enter email address

Send

# Update on antibiotic-resistant *Staph aureus*

### New threats within the community

*Staphylococcus aureus*, or "staph" as it is sometimes called, is a common bacterium found on the skin or in the nose of ~25-30% of humans. While it is usually harmless, in certain instances it may cause moderate to severe skin infections. Less commonly, it causes more serious systemic infections e.g., bloodstream, surgical wound and pneumonia requiring hospitalization. One group of staph known as MRSA, (methicillin-resistant *Staphylococcus aureus*) was first identified in the 1960's, and is now prevalent in most hospitals. The organisms are resistant to multiple antibiotics (specifically, all antibiotics known as beta lactams, as well as other antibiotic families), and are therefore cause for considerable concern. Because of resistance, vancomycin has often been the only drug able to successfully treat these MRSA infections.

A newer form of staph infection, known as CA-MRSA (for community-acquired, or community-associated *Staphylococcus aureus*) has appeared with increasing frequency and is now epidemic within certain community populations. Whereas hospital MRSA is almost always found in persons with established risk factors associated with prior medical treatment, these are not present in CA-MRSA. Today, in the U.S. a little more than 10% of all MRSA infections are CA-MRSA. This form causes serious skin and soft tissue infections in otherwise healthy persons who have not been recently hospitalized or undergone invasive medical procedures. Hospitalization is required in approximately one out of five cases. CA-MRSA has been identified most frequently among specific populations, including prisoners, athletes, children, men who have sex with men, military recruits, Pacific Islanders, Alaskan Natives and Native Americans.

A major difference between the two types of MRSA is that the community form (CA-MRSA) possesses a potent toxin called Panton-Valentine leukocidin, which attacks infection-fighting white blood cells called leukocytes. The most serious form of CA-MRSA infection causes necrotizing fasciitis, a severe, rapidly progressing and life-threatening skin infection. The CA-MRSA are genetically distinguishable from hospital associated MRSA.

In the US, two clones (strains) of staph, called USA300 and USA400, are associated with the community MRSA (CA-MRSA). USA300 has emerged as the most prominent clone and is not found among hospital strains. It was not observed before the year 2000, when multiple other clones existed.

**Treating MRSA.** Treatment of MRSA skin infections is challenging. In some patients, skin ointments containing antibiotics, such as mupirocin or

fusidic acid, can be used, but resistance to these can develop. Beta-lactam antibiotics (i.e., methicillin and oxacillin), which are typically used to treat common Staph aureus infections (such as furuncles, abscesses, and cellulitis), are ineffective. Unlike hospital MRSA, which is resistant to multiple classes of antibiotics, (including macrolides, aminoglycosides, fluoroquinolones, tetracyclines and lincosamides), CA-MRSA is still susceptible to several antibiotic classes outside of the beta-lactam group (e.g., clindamycin).

In the hospital, because of multidrug resistance, intravenous vancomycin has become the drug of choice. Except for sporadic cases of vancomycin-resistant MRSA (VRSA), all MRSA are susceptible to this antibiotic. Unfortunately, the increasing use of vancomycin threatens to increase the VRSA problem.

## Prevention

The spread of skin MRSA infections occurs most frequently through close, skin-to-skin contact (such as that found in contact sports), through contact with skin wounds (cuts, abrasions) and through contact with contaminated items, where staph can survive for 24 hours or more. The organisms can enter healthy, intact skin. Crowded living conditions and poor hygiene are factors which play a role in its spread. Currently, the only known means of prevention is through the following:

- Prudent hygiene measures involving hand washing
- Proper wound care, including proper disposal of bandages, and
- Avoidance of sharing certain personal items such as towels and razors. Shared exercise equipment should be wiped down between users.

For more information on the various forms of MRSA, the risk factors involved and prevention advice, visit Centers for Disease Control: http://www.cdc.gov/ncidod/hip/aresist/ca_mrsa.htm

Also see: APUA Newsletter, Focus CA-MRSA
www.tufts.edu/med/apua/Newsletter/APUA_v21n2.pdf

## Research

### CA-MRSA and Sports:

*Recurring Methicillin-resistant Staphylococcus aureus Infections in a Football Team*

*Methicillin-Resistant Staphylococcus aureus Infections Among Competitive Sports Participants --- Colorado, Indiana, Pennsylvania, and Los Angeles County, 2000--2003*

### CA-MRSA and Correctional Facilities:

*Methicillin-Resistant Staphylococcus aureus Infections in Correctional Facilities -- Georgia, California, and Texas, 2001-2003 (see page 12)*

**Antibiotics and MRSA:**

*Antibiotic Selection for Infections Involving Methicillin-Resistant* Staphylococcus aureus

## What does CA-MRSA look like?

Digital photographs of skin infections and wounds caused by community-associated methicillin resistant *Staphylococcus aureus* (MRSA/Staph).

ALLIANCE FOR THE PRUDENT USE OF ANTIBIOTICS © 1999

| Home | About APUA | Int'l Chapters | Contact Us | Search |
| Consumer Information | Practitioner Information | Research & Surveillance | News |

# Exhibit #A-02

## Medical News Today

"Staph Superbug Most Common Cause Of U.S.
Skin Infections"

## 3 Pages



| health news | health videos | opinions forum | contact | |
|---|---|---|---|---|

Search

powered by
Google™

☉ News Archive [link]  ○ Web  ○ Wikipedia  ○ Medical Dictionary [link]

 & 

ARE PLEASED TO OFFER
ON SELECT GE HEALTHCARE PRODUCTS.
CLICK FOR MORE INFORMATION.    WHILE SUPPLIES LAST

Med1Online.com                                          Feedback - Ads by Google

**News Sections Menu**

MRSA / Drug Resistance
Abortion
Acid Reflux / GERD
ADHD
Aid / Disasters
Alcohol / Addiction / Illegal Drugs
Allergy
Alzheimer's / Dementia
Anxiety / Stress
Arthritis

**View full section list**

Navigation Links

Home

About Us

Advertising

Free Website Feeds

Free Tools & Content

Newsletters & News Alerts

Links

Tell a Friend

Accessibility

Help / FAQ

Article Submission

Contact Us

Health Professional Sites

Breast Cancer

Cardiovascular

GI

Prostate Cancer

Psychiatry

Respiratory

Learning Resources

Migraine

Urology

---

| MRSA / Drug Resistance News | Useful Links |
|---|---|

## Staph Superbug Most Common Cause Of US Skin Infections

☆ Featured Article
Main Category: MRSA / Drug Resistance
Also Included In: Infectious Diseases & Bacteria / Viruses;  Dermatology;  Public Health
Article Date: 17 Aug 2006 - 9:00 PST

✉ email to a friend   🖶 printer friendly   ✇ view / write opinions ✔
rate article  📧 newsletters

It is known as Methicillin-resistant

**Visitor Ratings:**
Healthcare Professional:  ☆☆☆☆☆
General Public:  ☆☆☆☆☆
>> rate this article

Staphylococcus aureus (MRSA), or the Superbug. It is resistant to most standard antibiotics and is becoming more resistant to newer ones. MRSA is now the most common cause of skin infections in the majority of American cities, says Dr. G Moran, University of California, Los Angeles, David Geffen School of Medicine. He believes doctors should be giving patients who need antibiotics only those known to effectively combat MRSA. He says things have changed over the last ten years - a different type of bacteria is now the most common cause of infections.

You can read about this in the *New England Journal of Medicine (NEJM)*, August 17 issue.

---

Related Article Info

**News For This Category**

New Mexico Adds Three Antiretrovirals To AIDS Drug Assistance Program
26 Feb 2008

Proteins That Help Bacteria Put Up A Fight Identified By Scientists
26 Feb 2008

First New Topical Antibiotic Launched In UK For Nearly A Decade
25 Feb 2008

View more news...

Today's Featured Video



Getting the Right Care Before Your Baby Is Born

more videos are available in our health videos section.

**30lbs In 3 Weeks- No Diet**
Amazing Weight Loss Breakthrough. As Seen on Oprah and CNN.

**Lose 30 Pounds In 30 Days**
Amazing Weight Loss Secret. As Seen on Oprah and 60 Minutes.

**Ped Egg Buy 1 Get 1 Free**
The Ultimate Foot File System now only $10 for 2! Official Website.

**Remove Stretch Marks**
2008 Stretch Mark Breakthrough. As Seen on Oprah and CNN.

**Lose 45 lbs Every 29 Days**
Dr Suzanne Weightloss New Breakthrough.Top Secret Fat Loss Secret Now

Urology

Patient Resource Sites

Asthma

Bipolar

Blood Pressure

Breast Cancer (Patient)

Heartburn

Clinical Trials

[                    ] [Go!]



MRSA used to be known as just the 'Hospital Superbug'. It was found just in hospitals, nursing homes and some other health care facilities. It was very rarely found in the community - what is known as 'community associated infection' with MRSA used to be extremely rare. This is not the case any more. There are more and more cases of MRSA acquired in the community - outside hospitals.

MRSA is not an uncommon bacteria. Apparently about one third of us, and maybe more, carry it around with us in our nose, on our skin and in our throat. Most of the time it is harmless. However, it can occasionally lead to serious and potentially fatal infections. Something as insignificant as a paper-cut can lead to MRSA infection.

The most common sign of Community-Associated MRSA infection is a boil or pimple on the skin. It is often swollen, red, has a discharge, and is painful.

Researchers cultured soft-tissue infections from 422 patients at emergency rooms in 11 US cities. The first time any such study had been done of so many US cities.

59% of all those patients had MRSA infection. Infection rates in those 11 cities varied from 15% to 74%. 97% of the MRSAs were of one strain, called USA-300.

The researchers had expected MRSA to be the most common infection among the 422 patients. However, they were surprised that the USA-300 strain was so common throughout the country.

**The following percentages of MRSA samples could be treated with the antibiotics listed below:**

-- 100% trimethoprim-sulfamethoxazole
-- 100% rifampin
-- 95% clindamycin
-- 92% tetracycline
-- 60% fluoroquinolones
-- 6% erythromycin

However, 57% of the patients had been prescribed antibiotics which were useless against the MRSA - in other words, the MRSA was resistant to 57% of the antibiotics doctors had prescribed for the 422 people. Hence, doctors should prescribe antibiotics which are known to be effective against MRSA, because MRSA infection is now the most common skin infection in the USA.

There are many steps we can take to reduce the incidence of MRSA infection in the community. It all comes down to a question of basic hygiene. Wash your hands regularly with soap. You can go even further by not sharing towels and some other toiletries.

What is MRSA?

Staphylococcus aureus, a type of bacteria, is present in many people and generally causes no problems. If it gets inside the body, however, such as under the skin it can cause serious infections. If it gets into the lungs it can cause severe pneumonia. People who carry Staphylococcus aureus are generally healthy, and are just 'carriers'.

When Staphylococcus aureus becomes resistant to commonly used antibiotics it is called Methicillin-resistant Staphylococcus aureus (MRSA). Many years ago the most common antibiotic used to treat Staphylococcus aureus was Methicillin. Methicillin is no longer used as an antibiotic, except in identifying drug resistant Staphylococcus aureus.

Most healthy people will never get seriously ill from this bacteria. However, some people can, including children, seniors (the elderly) and people with weakened immune systems, such as people with diabetes or HIV.

**Methicillin-Resistant S. aureus Infections among Patients in the**

Baby Tooth Stem Cells
We Store Lifesaving Stem Cells. BioEDEN has free info. Learn more now

Add Your Advert Here

**Newsletters & News Alerts**
Delivered to your mailbox either daily or weekly



Emergency Department
Gregory J. Moran, M.D., Anusha Krishnadasan, Ph.D., Rachel J.
Gorwitz, M.D., M.P.H., Gregory E. Fosheim, M.P.H., Linda K.
McDougal, M.S., Roberta B. Carey, Ph.D., David A. Talan, M.D., for
the EMERGEncy ID Net Study Group
*NEJM*Volume 355:666-674 - August 17, 2006 - Number 7
Click Here To View Abstract Online

Written by: Christian Nordqvist
Editor: Medical News Today
Copyright: Medical News Today
Not to be reproduced without permission of Medical News Today

**How Interesting Was
This Article?**
(1 = Not Very. 5 = Very)

C 1 C 2 C 3 C 4
C 5

I Am A:

-- Please Select --

[ **Submit Rating** ]

**Visitor Ratings:**
Healthcare Professional:
4.27 (26 votes)
General Public:
4.39 (137 votes)

Add to:   Digg   Del.icio.us   Reddit   Fark
StumbleUpon   YI   Health2   Facebook

**Most popular articles from the last
days**

Scientists Explore Consciousness
19 Feb 2008

Goal-Oriented Behavior Demonstrated
By 3-Year-Old Children
20 Feb 2008

Before A CT Scan, Many Should Take
Drug To Protect Kidneys

Exhibit #A-03

Medicine Net.com

"Superbug Staph Spread in Community"

3 Pages



# MedicineNet.com
### We Bring Doctors' Knowledge to You

About Us | Privacy Policy | Site Map
February 26, 2008

SEARCH ▶

| Home | News & Views | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Health & Living | MedTerms Dictionary |

home > infectious disease center > infectious disease a-z list > staph infection index > staph infection article

Visit the Staph Infection Index »    1   2   Next »

FONT SIZE
A A A

Staph Infection Index    Glossary

## Staph Infection (Staphylococcus Aureus)

MedicineNet provides reliable, easy-to-produce health and medical information.

Browse Centers
Allergies
Alzheimer's
Arthritis
Asthma
Blood Pressure
Cancer
Cholesterol

symptomchecker
WebMD

START HERE »

**Top 10**

**Staph Infection Related Articles**

- Boils
- Cellulitis
- Dehydration
- Diarrhea
- Impetigo
- Low Blood Pressure
- MRSA Infection
- Pneumonia
- Rash
- Sedimentation Rate

Complete List »

**Infectious Disease Topics**

- Genital Herpes in Women
- MRSA
- Mono
- Staph Infection
- Thrush
- Infectious Disease RSS
- MY YAHOO!
- Ask the Experts

**Latest Infectious Disease News**

- Infectious Diseases on the Rise
- Blacks More Likely to Die of Severe Sepsis
- Salmonella Outbreak Caused by Pet Turtles
- Gay Men More Likely to Contract 'Superbug'
- Columbus Carried Syphilis From New World to Europe
- Health News Feed
- Newsletter Signup
- 2008 Election & Health Care on WebMD. Get Informed

Medical Author: Melissa Conrad Stöppler, MD
Medical Editor: William C. Shiel Jr., MD, FACP, FACR

**Share your opinions with MedicineNet and you could win $500!**

We value your opinions on the topic of health information online to help ensure we provide you with the best experience possible.

- What is Staphylococcus?
- Who is at risk for Staph infections?
- What are the symptoms and signs of a Staph infection?
- What types of diseases are caused by Staph?
- How are Staph infections diagnosed?
- How are Staph infections treated?
- What is antibiotic-resistant Staph aureus?
- What are complications of Staph infections?
- Related Staph Infections
- Staph Infection Index

Read the MedicineNet Privacy Statement

TAKE THE SURVEY    NO THANKS

*This survey is being conducted by the MedicineNet marketing research vendor. Per MedicineNet's privacy policy, Your responses will not be disclosed with any information that can personally identify you (e.g. e-mail address, name, etc.). You will not be re-contacted regarding your answers. Participation is limited to one survey per household.*

## What is Staphylococcus?

Staphylococcus is a group of bacteria, familiarly known as Staph (pronounced "staff"), that can cause a multitude of diseases as a result of infection of various tissues of the body. Staph bacteria can cause illness not only directly by infection (such as in the skin), but also indirectly by producing toxins responsible for food poisoning and toxic shock syndrome. Staph-related illness can range from mild and requiring no treatment to severe and potentially fatal.

The name "Staphylococcus" comes from the Greek *staphyle* meaning a bunch of grapes and *kokkos* meaning berry, and that is what Staph look like under the microscope, like a bunch of grapes or little round berries. (In technical terms, these are gram-positive, facultative anaerobic, usually unencapsulated cocci.)

Over 30 different types of Staphylococcus can infect humans, but most infections are caused by *Staphylococcus aureus*. Staphylococci can be found normally in the nose and on the skin (and less commonly in other locations) of 20%–30% of healthy adults. In the majority of cases, the bacteria do not cause disease. However, damage to the skin or other injury may allow the bacteria to overcome the natural protective mechanisms of the body, leading to infection.

## Who is at risk for Staph infections?

Anyone can develop a Staph infection, although certain groups of people are

*For complete listing*

Doctor to Patient

### Superbug Staph Spread in Community

Medical Author: Melissa Conrad Stöppler, MD
Medical Editor: Barbara K. Hecht, PhD

MRSA, or methicillin-resistant *Staphylococcus aureus*, is a bacterium that can cause serious infections. It is resistant to numerous antibiotics of the beta-lactam family, including methicillin and penicillin.

MRSA belongs to the large group of bacteria known as Staphylococci, often referred to as Staph. About 25%–30% of all people have Staph within the nose, but it normally does not cause an infection. In contrast, only about 1% of the population have MRSA.

Infections with MRSA are most common in hospitals and other institutional health-care settings, such as nursing homes, where they tend to strike older people, those who are very ill, and people with a weakened immune system. In health-care settings, MRSA is a frequent cause of surgical wound infections, urinary tract infections, bloodstream infections (sepsis), and pneumonia.

MRSA outbreaks, however, are appearing increasingly in the community. Infections can occur in people who have not been hospitalized or had a medical procedure performed in the past year, and who do not have immune deficiency. These infections are termed community-associated MRSA infections (CA-MRSA). The U.S. Centers for Disease Control and Prevention (CDC) estimates that about 12% of MRSA infections are now community-associated, but this percentage can vary by community and patient population.

*Learn about symptoms of MRSA infection.*

**Topics Related to Staph Infection (Staphylococcus Aureus)**

**Doctors' Views**
- Staph: Superbug Staph Spread in Community
- Hotel Hygiene: Is Your Hotel Making You Sick?

more »

**Medications**
- amoxicillin, Amoxil, Dispermox, Trimox
- erythromycin, E-Mycin, Eryc, Ery-Tab, Pce, Pediazole, Ilosone

more »

**Procedures & Tests**
- Sedimentation Rate

**Diseases & Conditions**
- Low Blood Pressure
- Pneumonia

more »

**Health Facts**
- MRSA: 6 'Hot Spots'

**Staph Infection**

Specialty RSS    MY YAHOO!   What is this?

**How to Stop Staph Infection**    ▶ VIDEO

Staph infections are a growing problem in US hospitals. Though they typically start as mild skin infections, they can be deadly. Here are some tips to help you protect yourself.

see more WebMD Videos »



at greater risk, including newborn infants, breastfeeding women, and people with chronic conditions such as diabetes, cancer, vascular disease, and lung disease. Injecting drug users, those with skin injuries or disorders, intravenous catheters, surgical incisions, and those with a weakened immune system all have an increased risk of developing Staph infections.

TOP SEARCHED STAPH INFECTION TERMS:
contagious, symptoms, hospitals, types, Staphylococcal infections, children, MRSA

### What are the symptoms and signs of a Staph infection?

Staphylococcal disease of the skin usually results in a localized collection of pus, known as an abscess, boil, or furuncle. The affected area may be red, swollen, and painful. Drainage or pus is common.

### What types of diseases are caused by Staph?

Staph infections of the skin can progress to impetigo (a crusting of the skin) or cellulitis (inflammation of the connective tissue under the skin, leading to swelling and redness of the area). In rare cases, a serious complication known as scalded skin syndrome (see below) can develop. In breastfeeding women, Staph can result in mastitis (inflammation of the breast) or in abscess of the breast. Staphylococcal breast abscesses can release bacteria into the mother's milk.

When the bacteria enter the bloodstream and spread to other organs, a number of serious infections can occur. Staphylococcal pneumonia predominantly affects people with underlying lung disease and can lead to abscess formation within the lungs. Infection of the heart valves (endocarditis) can lead to heart failure. Spread of Staphylococci to the bones can result in severe inflammation of the bones known as osteomyelitis. Staphylococcal sepsis (widespread infection of the bloodstream) is a leading cause of shock and circulatory collapse, leading to death, in people with severe burns over large areas of the body.

Staphylococcal food poisoning is an illness of the bowels that causes nausea, vomiting, diarrhea, and dehydration. It is caused by eating foods contaminated with toxins produced by Staphylococcus aureus. Symptoms usually develop within one to six hours after eating contaminated food. The illness usually lasts for one to three days and resolves on its own. Patients with this illness are not contagious, since toxins are not transmitted from one person to another.

Toxic shock syndrome is an illness caused by toxins secreted by Staph aureus bacteria growing under conditions in which there is little or no oxygen. Toxic shock syndrome is characterized by the sudden onset of high fever, vomiting, diarrhea, and muscle aches, followed by low blood pressure (hypotension), which can lead to shock and death. There may be a rash resembling sunburn, with peeling of skin. Toxic shock syndrome was originally described and still occurs especially in menstruating women using tampons.

1 | 2 | Next »

Staph Infection Index | Glossary

Next: How are Staph infections diagnosed? »

Printer-Friendly Format | Email to a Friend

WebMD sweepstakes
WIN a $3,000 Spa Getaway
or a Weekly Prize Worth $250
PLAY NOW!

### Health Extras

Q&A: Ask Our Health Experts a Question NOW »

Find a Therapist »

Google Refined Search »

### Featured Centers from WebMD.com

- 10 Overlooked Reasons to Quit Smoking
- Living With Pets & Pet Allergies
- Play the MS Patterns Puzzler Game
- 10 Tips to Ease Restless Legs Syndrome
- How to Relieve Allergies Naturally
- What Could an Organ Transplant Do for You?



**Related Articles:**  Learn from the Doctors at MedicineNet.com

**Suggested Reading By Our Doctors:**

- amoxicillin, Amoxil, Dispermox, Trimox - Learn more about amoxicillin, including a description, generic and brand names, drug class and mechanism, preparations, storage, reasons for prescription, dosing, effect on pregnancy and nursing mothers, and common side effects. Source:MedicineNet

- loracarbef, Lorabid - Source:MedicineNet

- Sedimentation Rate - Learn more about sedimentation rate, including a description of the test, how it is performed, and normal rate measurements. Source MedicineNet

- Read 41 more Staph Infection related articles ...

**Latest Medical News:**

- FDA OKs 1st Quick MRSA Blood Test
- MRSA: Experts Answer Your Questions
- Drug-Resistant Staph a Growing Problem
- Drug-Resistant Staph Infections Reaching Epidemic Levels in Some Parts of U.S.
- MRSA: Worse in Community Than Hospital?
- MRSA Infections Can Be Flesh Eaters
- Hand Washing Is Best MRSA Weapon
- MRSA Rising: Who's at Risk?
- Tattoos Linked to Deadly Infection
- Drug-Resistant Staph Is Here

Last Editorial Review: 10/29/2007

**Health Solutions** from our sponsors

| Allergic Asthma Info | Breast Cancer Concerns? | Depression Med for You? | Managing Depression | RA Support Center |
| Alzheimer's Questions? | Caring for Memory Loss | High Cholesterol? | Menopausal Symptoms? | Vision Problems? |
| Better Eating | Dental Health Guide | Joint Stiffness? | Overactive Bladder Help | What's Your IgE Level? |

**Health categories:** News & Views | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Health & Living | Medical Dictionary

**Popular health centers:** Allergies | Arthritis | Cancer | Diabetes | Digestion | Healthy Kids | Heart | Men's Health | Mental Health | Women's Health | More...

**Publications:** ePublications (PDFs) | XML News via RSS | Audio Podcasts | Email Newsletters

**MedicineNet.com:** About Us | Privacy Policy | Search Help | Site Map | WebMD® | Medscape® | eMedicine® | eMedicineHealth® | RxList®



We comply with the HONcode standard for health trust worthy information: verify here.

©1996-2008 MedicineNet, Inc 'All rights reserved. Notices and Legal Disclaimer.
MedicineNet does not provide medical advice, diagnosis or treatment. See additional information.

Exhibit #A-04

MRSA Cleaning Products, Jon-Don

"What you need to know to protect yourself
and others from MRSA"

3 Pages



**1.800.400.9473**

*The World Leader in Carpet Cleaning Restoration and Janitorial Supplies*

| Home | Shop Online | Training Courses | Locations |
| Contact Us |

## Product Search

 **GO!**

## Product Sections

• Home

• Shop Online

• Search for Products

• Sale Items

• Restoration Products

• Mold Remediation Products

• Featured Restoration Products

• Carpet Cleaning Products

• Janitorial Supplies

• Truck Mounts

• Portable Carpet Extractors

• Used Truck Mounts (Carpet Cleaning Equipment)

• 3M Scotchgard™

• Newsletter Marketing

• Bargain Basement (Used Equipment)

• M.S.D.S. (Material Safety Data Sheets)

**Training Resources**

• Seminar Schedule



# What you need to know to protect yourself and others from MRSA

## What is MRSA aka "The Super-Bug?"

MRSA is a form of staph infection that is resistant common antibiotics, making it exceptionally difficult to treat. Staph infections including MRSA have primarily been hospital borne infections, but in the 1990s, a type of MRSA began showing up in the wider community. Today, that form of staph, is known as community-associated MRSA. MRSA causes skin and soft tissue infections and can lead to pneumonia even death.

## How is MRSA spread?

Like other staph infections, MRSA is passed from person to person through direct contact with skin or through contact with contaminated items. The bacteria may live in people's noses and on their skin, and usually don't cause any problems. However, young children, the elderly and individuals with immune deficiencies are at particular risk.

## What can be done to prevent MRSA infections?

Personal Hygiene Tips Wash hands using liquid soap and water frequently, especially after using the toilet and after any hands-on contact with other persons. Alternatively, an alcohol-based hand rub can be used according to label instructions. Visibly soiled hands should be washed with soap and water rather than an alcohol-based hand rub.
• Dry hands with disposable paper towels or air blowers. Avoid sharing
towels.
• Limit sharing of personal items (e.g., towels clothing and soap).
• Keep skin lesions (e.g., boils, insect bites, open sores or cuts) covered with a clean, dry dressing.
• Use a barrier (e.g., a towel or a layer of clothing) between the skin and shared equipment

• Educational Products

• On-Line IICRC Testing

• Carpet Cleaning Methods

**Jon-Don Information**

• About Us

• Employment Opportunities

• Store Locations

• Catalog Request

• Contact Us

• Shower if there has been substantial skin-on-skin contact with another person.
• Athletes with active skin and soft tissue infections should not participate in wrestling until wounds are completely healed. Consider using this rule for all contact sports.

## Facility Maintenance Recommendations

*Potentially contaminated surfaces should be cleaned with a disinfectant-cleaner-sanitizer such as Microban QGC, an EPA-registered product labeled effective against MRSA. Following label directions, Microban QGC is a safe, economical and effective disinfectant-cleaner-sanitizer all in one application.*

• Always wear gloves when using any disinfectants.
• Hard surfaces and equipment such as floors, drinking fountains, light switches, door handles, handrails, tables and desks should be cleaned routinely.
• Athletic equipment and areas such as wrestling mats, wall padding, locker rooms, and shower facilities should also be cleaned routinely.
• If during a sporting event there is a release of bodily fluids (blood, pus or drainage) cleaning and disinfecting should be completed before the activity is allowed to continue.
• Participate in ongoing assessment and training for appropriate disinfection practices at the facility.
Facility Maintenance – Athletic Areas
• All hard surfaces that may come in contact with body fluids should be cleaned and disinfected daily with a 2-ounce-per-gallon dilution of Microban QGC, including benches, weights, workout machines, etc.
• All floors/wall padding in athletic settings should be washed daily (if room is used.)
• Locker rooms, including any shower areas should be cleaned daily, if used.
• If soap is furnished, it should be accessible from a wall dispenser.
• Ensure that athletic areas, locker rooms and restrooms all have separate cleaning mops and buckets, and that all mops (washable microfiber heads or disposable mop cloths) and buckets are cleaned regularly.
• Consider making spray bottles of disinfectant available for patrons and staff to clean frequently touched surfaces of shared equipment between uses and provide instruction (e.g., new user orientation or posters) for the safe use of disinfectant
Facility Maintenance – Laundry
• Wash shared linens (e.g., towels, sheets, blankets or uniforms) in detergent and water at 160°F for at least 25 minutes.
• Use a mechanical dryer on hot temperature cycle (i.e., avoid air drying)
• Distribute towels, uniforms, etc. only when they are completely dry.
Disinfectant Recommendations

**The key to preventing the spread of MRSA is the use of an EPA-registered disinfectant, cleaner and sanitizer.** *Microban®*

*QGC (US-MBQGC) is a multi-purpose, quaternary disinfectant cleaner and sanitizer proven to combat and kill bacteria including MRSA. Microban QGC also offers virucidal (HIV-1 and the AIDS virus) and fungicidal protection as well as inhibits the growth of mold and mildew. Microban QGC meets the EPA standards for hospital disinfectant.* **Microban QGC is so effective, it can be used in residences, commercial institutions, daycare centers, nurseries or restaurants on a daily basis.** *Additionally, QGC is a highly effective sanitizer for both porous and non-porous hard surfaces, including carpeting, and leaves behind a delightful lemon or mint scent.*

## Other Supplies Needed from Jon-Don:

 Microban®
QGC
Item #: US-MBQGC

 Heavy-Duty Trigger Sprayer
Item #: PA-HDTS-EA

 Protective EyeWear
Item #: MI-SGIDV-EA

 Nitrile Chemical Resistant Gloves
Item #: MI-EGNL-EA

 32-oz Spray Bottle
Item #: PA-SB32-EA

 1.800.400.9473

|Home| |Restoration Products| |Carpet Cleaning Supply| |Janitorial Supply | |Catalog Request| |Training Courses|

©2007 Jon-Don

Exhibit #A-05

The Healia Health Blog

"Health news, health search on Staphylococcus"

1 page

# The Heal® Health Blog

### Health news. Health search.

## So what is Staphylococcus?

Staph infection is caused by a bacterium called Staphylococcus. There are different types ranging from simple boils to flesh-eating infections. The most common type of infection, cellulitis, affects the skin's deeper layers. It might begin as a small area of inflammation – tenderness, swelling, or redness on the skin's surface, or as an open skin sore or ulcer. This type of infection is usually treatable with antibiotics. Over the years, the bacteria, identified as Methicillin-resistant Staphylococcus aureus (MRSA), have grown increasingly resistant to antibiotics.

Due to the highly contagious nature of MRSA, hospitals have been a breeding ground:

> *According to the Centers for Disease Control and Prevention, health care-associated infections account for an estimated 1.7 million infections and 99,000 associated deaths each year in American hospitals.*

Hospitals are particularly concerned about containing the spread of infections by drug-resistant bacteria like MRSA. Several hospitals nationwide will start testing arriving patients for MRSA, in an attempt to isolate the infection and lower infection rates.

To search for more information on staph infection, visit www.healia.com.

🔎 health search staph infection Staphylococcus cellulitis resistant MRSA infection

Tags: Health search

Add comment    Email This   ■ del.icio.us | 🔲 Digg it | ○ Technorati
Posted by The Healia Team 8 months ago

## Comments

### MRSA News Alert

On December 9th, 2007 Anonymous says:

Technology is available to reduce exposure to infectious germs and deadly bacterias such as MRSA. Tests conducted by Kansas State University and Cinncinati State University are posted on the web site for public knowledge.

reply
Add new comment

### STAPH INFECTION

On November 30th, 2007 RAY TOMLINSON says:

JUST WHAT DOES THIS LOOK LIKE? LOTS OF ARTICLES, BUT NO PICTURES. HOW DO YOU KNOW IF YOU HAVE IT?

reply
Add new comment



Heal<sup>®</sup>

[ search ]

**your search for health**
Add Healia to your site

## Subscribe

## Blog Search

[ Search ]

## Tags

* Healia news
* Health news
* Health search
* Healia Links
* Popular culture

## Recent Blog Posts

Staph Infection Boils Should Be Treated by a Healthcare Professional—Not Popped at Home

February is National Children's Dental Health Month

Heath Ledger's Accidental Misuse of Prescription Medicines Underscores Need for Drug Interaction Awareness

Burn Awareness Week is February 3-9, 2008

Health Guide for Heart Disease Now Featured on Healia.com

National Wear Red Day Helps Promote Heart Disease Awareness

Football Fans with a High-Risk for Heart Attacks Should Cheer with Caution this Super Bowl Sunday

Test Your Nutrition and Fitness Knowledge with Healia's Latest Quiz

Exhibit #A-06

MayoClinic.com

"MRSA Infection"

6 Pages



**MayoClinic.com**
**Tools for healthier lives**

**Original
Article:**http://www.mayoclinic.com/health/mrsa/DS00735/DSECTION=8

# MRSA infection

## Introduction

Methicillin-resistant Staphylococcus aureus (MRSA) infection is caused
by Staphylococcus aureus bacteria — often called "staph." Decades ago,
a strain of staph emerged in hospitals that was resistant to the broad-
spectrum antibiotics commonly used to treat it. Dubbed methicillin-
resistant Staphylococcus aureus (MRSA), it was one of the first germs to
outwit all but the most powerful drugs. MRSA infection can be fatal.

Staph bacteria are normally found on the skin or in the nose of about one-
third of the population. If you have staph on your skin or in your nose but
aren't sick, you are said to be "colonized" but not infected with MRSA.
Healthy people can be colonized with MRSA and have no ill effects.
However, they can pass the germ to others.

Staph bacteria are generally harmless unless they enter the body through
a cut or other wound, and even then they often cause only minor skin
problems in healthy people. But in older adults and people who are ill or
have weakened immune systems, ordinary staph infections can cause
serious illness.

In the 1990s, a type of MRSA began showing up in the wider community.
Today, that form of staph, known as community-associated MRSA, or CA-
MRSA, is responsible for many serious skin and soft tissue infections and
for a serious form of pneumonia.

## Signs and symptoms

**CLICK TO ENLARGE**

Staph infection

Staph infections, including MRSA, generally start as small red bumps that resemble pimples, boils or spider bites. These can quickly turn into deep, painful abscesses that require surgical draining. Sometimes the bacteria remain confined to the skin. But they can also burrow deep into the body, causing potentially life-threatening infections in bones, joints, surgical wounds, the bloodstream, heart valves and lungs.

## Causes

Although the survival tactics of bacteria contribute to antibiotic resistance, humans bear most of the responsibility for the problem. Leading causes of antibiotic resistance include:

- **Unnecessary antibiotic use in humans.** Like other superbugs, MRSA is the result of decades of excessive and unnecessary antibiotic use. For years, antibiotics have been prescribed for colds, flu and other viral infections that don't respond to these drugs, as well as for simple bacterial infections that normally clear on their own.

- **Antibiotics in food and water.** Prescription drugs aren't the only source of antibiotics. In the United States, antibiotics can be found in beef cattle, pigs and chickens. The same antibiotics then find their way into municipal water systems when the runoff from feedlots contaminates streams and groundwater. Routine feeding of antibiotics to animals is banned in the European Union and many other industrialized countries. Antibiotics given in the proper doses to animals who are sick don't appear to produce resistant bacteria.

- **Germ mutation.** Even when antibiotics are used appropriately, they contribute to the rise of drug-resistant bacteria because they don't destroy every germ they target. Bacteria live on an evolutionary fast track, so germs that survive treatment with one antibiotic soon learn to resist others. And because bacteria mutate much more quickly than new drugs can be produced, some germs end up resistant to just about everything. That's why only a handful of drugs are now effective against most forms of staph.

## Risk factors

Because hospital and community strains of MRSA generally occur in different settings, the risk factors for the two strains differ.

Risk factors for hospital-acquired (HA) MRSA include:

- **A current or recent hospitalization.** MRSA remains a concern in hospitals, where it can attack those most vulnerable — older adults and people with weakened immune systems, burns, surgical wounds or serious underlying health problems. A 2007 report from

the Association for Professionals in Infection Control and Epidemiology estimates that 1.2 million hospital patients are infected with MRSA each year in the United States. They also estimate another 423,000 are colonized with it.

- **Residing in a long-term care facility.** MRSA is far more prevalent in these facilities than it is in hospitals. Carriers of MRSA have the ability to spread it, even if they're not sick themselves.

- **Invasive devices.** People who are on dialysis, are catheterized, or have feeding tubes or other invasive devices are at higher risk.

- **Recent antibiotic use.** Treatment with fluoroquinolones (ciprofloxacin, ofloxacin or levofloxacin) or cephalosporin antibiotics can increase the risk of HA-MRSA.

These are the main risk factors for community-acquired (CA) MRSA:

- **Young age.** CA-MRSA can be particularly dangerous in children. Often entering the body through a cut or scrape, MRSA can quickly cause a wide spread infection. Children may be susceptible because their immune systems aren't fully developed or they don't yet have antibodies to common germs. Children and young adults are also much more likely to develop dangerous forms of pneumonia than older people are.

- **Participating in contact sports.** CA-MRSA has crept into both amateur and professional sports teams. The bacteria spread easily through cuts and abrasions and skin-to-skin contact.

- **Sharing towels or athletic equipment.** Although few outbreaks have been reported in public gyms, CA-MRSA has spread among athletes sharing razors, towels, uniforms or equipment.

- **Having a weakened immune system.** People with weakened immune systems, including those living with HIV/AIDS, are more likely to have severe CA-MRSA infections.

- **Living in crowded or unsanitary conditions.** Outbreaks of CA-MRSA have occurred in military training camps and in American and European prisons.

- **Association with health care workers.** People who are in close contact with health care workers are at increased risk of serious staph infections.

## When to seek medical advice

Keep an eye on minor skin problems — pimples, insect bites, cuts and scrapes — especially in children. If wounds become infected, see your doctor. Ask to have any skin infection tested for MRSA before starting

antibiotic therapy. Drugs that treat ordinary staph aren't effective against MRSA, and their use could lead to serious illness and more resistant bacteria.

## Screening and diagnosis

Doctors diagnose MRSA by checking a tissue sample or nasal secretions for signs of drug-resistant bacteria. The sample is sent to a lab where it's placed in a dish of nutrients that encourage bacterial growth (culture). But because it takes about 48 hours for the bacteria to grow, newer tests that can detect staph DNA in a matter of hours are now becoming more widely available.

In the hospital, you may be tested for MRSA if you show signs of infection or if you are transferred into a hospital from another healthcare setting where MRSA is known to be present. You may also be tested if you have had a previous history of MRSA.

## Treatment

Both hospital and community associated strains of MRSA still respond to certain medications. In hospitals and care facilities, doctors generally rely on the antibiotic vancomycin to treat resistant germs. CA-MRSA may be treated with vancomycin or other antibiotics that have proved effective against particular strains. Although vancomycin saves lives, it may grow resistant as well; some hospitals are already seeing outbreaks of vancomycin-resistant MRSA. To help reduce that threat, doctors may drain an abscess caused by MRSA rather than treat the infection with drugs.

## Prevention

Hospitals are fighting back against MRSA infection by using surveillance systems that track bacterial outbreaks and by investing in products such as antibiotic-coated catheters and gloves that release disinfectants.

Still, the best way to prevent the spread of germs is for health care workers to wash their hands frequently, to properly disinfect hospital surfaces and to take other precautions such as wearing a mask when working with people with weakened immune systems.

In the hospital, people who are infected or colonized with MRSA are placed in isolation to prevent the spread of MRSA to other patients and healthcare workers.Visitors and healthcare workers caring for isolated patients may be required to wear protective garments and must follow strict handwashing procedures.

### What you can do in the hospital

Here's what you can do to protect yourself, family members or friends from hospital-acquired infections.

- Ask all hospital staff to wash their hands or use an alcohol-based hand sanitizer before touching you — every time.

- Wash your own hands frequently.

- Make sure that intravenous tubes and catheters are inserted under sterile conditions, for example, the person inserting them wears a mask and sterilizes your skin first.

**What you can do in your community**
Protecting yourself from MRSA in your community — which might be just about anywhere — may seem daunting, but these common-sense precautions can help reduce your risk:

- **Wash your hands.** Careful hand washing remains your best defense against germs. Scrub hands briskly for at least 15 seconds, then dry them with a disposable towel and use another towel to turn off the faucet. Carry a small bottle of hand sanitizer containing at least 62 percent alcohol for times when you don't have access to soap and water.

- **Keep personal items personal.** Avoid sharing personal items such as towels, sheets, razors, clothing and athletic equipment. MRSA spreads on contaminated objects as well as through direct contact.

- **Keep wounds covered.** Keep cuts and abrasions clean and covered with sterile, dry bandages until they heal. The pus from infected sores may contain MRSA, and keeping wounds covered will help keep the bacteria from spreading.

- **Shower after athletic games or practices.** Shower immediately after each game or practice. Use soap and water. Don't share towels.

- **Sit out athletic games or practices if you have a concerning infection.** If you have a wound that's draining or appears infected — for example is red, swollen, warm to the touch or tender — consider sitting out athletic games or practices until the wound has healed.

- **Sanitize linens.** If you have a cut or sore, wash towels and bed linens in a washing machine set to the "hot" water setting (with added bleach, if possible) and dry them in a hot dryer. Wash gym and athletic clothes after each wearing.

- **Get tested.** If you have a skin infection that requires treatment, ask your doctor if you should be tested for MRSA. Doctors may prescribe drugs that aren't effective against antibiotic-resistant

staff, which delays treatment and creates more resistant germs. Testing specifically for MRSA may get you the specific antibiotic you need to effectively treat your infection.

- **Use antibiotics appropriately.** When you're prescribed an antibiotic, take all of the doses, even if the infection is getting better. Don't stop until your doctor tells you to stop. Don't share antibiotics with others or save unfinished antibiotics for another time. Inappropriate use of antibiotics, including not taking all of your prescription and overuse, contributes to resistance. If your infection isn't improving after a few days of taking an antibiotic, contact your doctor.

By Mayo Clinic Staff
Nov 9, 2007

© 1998-2007 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Reliable tools for healthier lives," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

DS00735

5

PAge # 6 of __