

**PRISONER CASE**

CAT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** EEON WILLIAMS

**Defendant(s):** HARLEY LAMPKIN, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Eeon Williams
#10185-026
Metropolitan - MCC
71 West Van Buren
Chicago, IL 60605

**Defendant's Attorney:**

AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant

☐ 4. Diversity

**F I L E D**
Mar 18, 2008
MAR 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 28:1331b

**Jury Demand:** ☑ Yes  ☐ No

**08CV1588**
**JUDGE LINDBERG**
**MAG. JUDGE DENLOW**

**Signature:** A. E. Woodham  **Date:** 03/18/2008