F I L E D
MAR 1 8 2008
Mar 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Eeon Williams
Plaintiff

v.

Harley Lampkin
Defendant(s)

08CV1588
JUDGE LINDBERG
MAG. JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Eeon Williams, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 10185-026  Name of prison or jail: M.C.C. - Chicago
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 11-29-07
      Monthly salary or wages: $1000.00
      Name and address of last employer: IPA-IBA 1275 Barclay Blvd. Buffalo Grove, IL 60089

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes ☒No
      Amount _____  Received by _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *March 10, 2008*

*Eon Williams*
Signature of Applicant

*Eeon Williams*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Eeon Williams, I.D.# 10185-026, has the sum of $ 54.48 on account to his/her credit at (name of institution) MCC Chicago, IL.
I further certify that the applicant has the following securities to his/her credit: -0-. I further certify that during the past six months the applicant's average monthly deposit was $ 75.36.
(Add all deposits from all sources and then divide by number of months).

3-12-08
DATE

SIGNATURE OF AUTHORIZED OFFICER

WASEEM NISAR
(Print name)

rev. 7/18/02

-3-

Date: 03/12/2008  
Time: 11:52:03 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: CCC

**Start Date:** 06/12/2007  
**End Date:** 03/12/2008  
**Inmate Reg#:** 10185026  
**Account Status:** All  
**Institution:** All  

## General Information

| Inmate Reg#: | 10185026 | Living Quarters: | H02-003L |
|---|---|---|---|
| Inmate Name: | WILLIAMS, EEON | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-H-A | Account Creation Date: | 11/30/2007 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 12/07/2007 02:11:29 PM | 33305008 | | | Western Union | $20.00 | | $20.00 |
| CCC | 12/07/2007 03:21:39 PM | TFN1207 | | | Phone Withdrawal | ($15.00) | | $5.00 |
| CCC | 12/09/2007 03:05:46 PM | 33305108 | | | Western Union | $25.00 | | $30.00 |
| CCC | 12/12/2007 03:03:48 PM | 146 | | | Sales | ($26.86) | | $3.14 |
| CCC | 12/14/2007 10:23:21 AM | TFN1214 | | | Phone Withdrawal | ($3.00) | | $0.14 |
| CCC | 12/14/2007 10:51:01 AM | 14 | | | Sales | $0.00 | | $0.14 |
| CCC | 12/14/2007 06:06:37 PM | 33305508 | | | Western Union | $50.00 | | $50.14 |
| CCC | 12/14/2007 06:53:41 PM | TFN1214 | | | Phone Withdrawal | ($10.00) | | $40.14 |
| CCC | 12/15/2007 07:18:18 AM | TFN1215 | | | Phone Withdrawal | ($10.00) | | $30.14 |
| CCC | 12/15/2007 01:36:39 PM | TFN1215 | | | Phone Withdrawal | ($5.00) | | $25.14 |
| CCC | 12/16/2007 05:13:06 PM | TFN1216 | | | Phone Withdrawal | ($5.00) | | $20.14 |
| CCC | 12/17/2007 02:23:49 PM | TFN1217 | | | Phone Withdrawal | ($2.00) | | $18.14 |
| CCC | 12/19/2007 09:30:55 AM | 62 | | | Sales | ($15.63) | | $2.51 |
| CCC | 12/19/2007 12:06:15 PM | TFN1219 | | | Phone Withdrawal | ($2.00) | | $0.51 |
| CCC | 12/28/2007 05:05:59 PM | 33306508 | | | Western Union | $40.00 | | $40.51 |
| CCC | 12/28/2007 05:19:40 PM | TFN1228 | | | Phone Withdrawal | ($15.00) | | $25.51 |
| CCC | 01/01/2008 01:37:43 PM | TFN0101 | | | Phone Withdrawal | ($5.00) | | $20.51 |
| CCC | 01/03/2008 12:56:34 PM | 129 | | | Sales | ($18.76) | | $1.75 |
| CCC | 01/03/2008 02:13:33 PM | TFN0103 | | | Phone Withdrawal | ($1.00) | | $0.75 |
| CCC | 01/16/2008 06:05:50 PM | 33307808 | | | Western Union | $15.00 | | $15.75 |
| CCC | 01/16/2008 08:17:37 PM | TFN0116 | | | Phone Withdrawal | ($10.00) | | $5.75 |

Page 1

Date: 03/12/2008  
Time: 11:52:04 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: CCC

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 10185026 | Living Quarters: | H02-003L |
| Inmate Name: | WILLIAMS, EEON | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-H-A | Account Creation Date: | 11/30/2007 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 01/23/2008 06:03:43 AM | 33308308 | | | Western Union | $20.00 | | $25.75 |
| CCC | 01/24/2008 01:59:25 PM | TFN0124 | | | Phone Withdrawal | ($5.00) | | $20.75 |
| CCC | 01/25/2008 07:05:30 PM | 33308508 | | | Western Union | $60.00 | | $80.75 |
| CCC | 01/25/2008 08:23:47 PM | TFN0125 | | | Phone Withdrawal | ($20.00) | | $60.75 |
| CCC | 01/29/2008 01:42:22 PM | TFN0129 | | | Phone Withdrawal | ($7.00) | | $53.75 |
| CCC | 01/30/2008 08:46:57 AM | 26 | | | Sales | ($48.76) | | $4.99 |
| CCC | 02/08/2008 09:05:21 PM | 33309508 | | | Western Union | $50.00 | | $54.99 |
| CCC | 02/13/2008 12:28:56 PM | 165 | | | Sales | ($24.71) | | $30.28 |
| CCC | 02/15/2008 10:23:55 PM | TFN0215 | | | Phone Withdrawal | ($20.00) | | $10.28 |
| CCC | 02/16/2008 06:38:46 PM | TFN0216 | | | Phone Withdrawal | ($10.00) | | $0.28 |
| CCC | 02/21/2008 06:03:41 AM | 33310408 | | | Western Union | $20.00 | | $20.28 |
| CCC | 02/21/2008 06:52:17 AM | TFN0221 | | | Phone Withdrawal | ($12.00) | | $8.28 |
| CCC | 02/22/2008 05:25:16 PM | TFN0222 | | | Phone Withdrawal | ($8.00) | | $0.28 |
| CCC | 02/22/2008 08:09:35 PM | 33310508 | | | Western Union | $50.00 | | $50.28 |
| CCC | 02/24/2008 07:04:43 PM | TFN0224 | | | Phone Withdrawal | ($4.00) | | $46.28 |
| CCC | 02/27/2008 06:55:54 AM | 33310708 | | | Western Union | $20.00 | | $66.28 |
| CCC | 02/27/2008 08:36:40 AM | 18 | | | Sales | ($53.71) | | $12.57 |
| CCC | 03/05/2008 08:19:04 AM | 39 | | | Sales | ($12.40) | | $0.17 |
| CCC | 03/07/2008 06:04:45 PM | 33311508 | | | Western Union | $50.00 | | $50.17 |
| CCC | 03/08/2008 02:07:36 PM | 33311508 | | | Western Union | $30.00 | | $80.17 |
| CCC | 03/10/2008 12:32:06 PM | HIPP0208 | | | Payroll - IPP | $2.16 | | $82.33 |
| CCC | 03/12/2008 08:32:25 AM | 46 | | | Sales | ($27.85) | | $54.48 |
| | **Total Transactions:** | **43** | | | **Totals:** | **$54.48** | **$0.00** | |

Page 2

Date: 03/12/2008
Time: 11:52:04 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

### General Information

| | | |
|---|---|---|
| Inmate Reg #: | 10185026 | Living Quarters: H02-003L |
| Inmate Name: | WILLIAMS, EEON | Arrived From: |
| Current Site Name: | Chicago MCC | Transferred To: |
| Housing Unit: | CCC-H-A | Account Creation Date: 11/30/2007 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | $54.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.48 |
| Totals: | $54.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.48 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $452.16 | $397.68 | $18.35 | $82.33 | $28.91 | N/A | N/A |

Page 3