# United States District Court

## Northern District of Illinois

### Eastern Division

Eeon Williams  **JUDGMENT IN A CIVIL CASE**

   v.  Case Number: 08 C 1588

Harley Lampkin, et al.

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that The Court transfers this action forthwith to the United States District Court for the Eastern District of Wisconsin at Milwaukee .

                Michael W. Dobbins, Clerk of Court

Date: 4/2/2008           _____

                  /s/ Sandra L. Brooks, Deputy Clerk