

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK

March 4, 2008

362 United States Courthouse and
Federal Bldg
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE:  Eeon Williams (#10185-026) v. Harley Lampkin, et al.

Case No: 08cv1588

Dear Clerk:

Pursuant to the order entered by Judge Honorable George W. Lindberg., on March 2, 2008, the above record

■    was electronically transmitted to Eastern District of Wisconsin at Milwaukee

■    The following paper documents are being transferred to the court by certified mail. Document numbers:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                        Sincerely yours,
                                        Michael W. Dobbins, Clerk

                                        By:    /s/ Vettina C. Franklin
                                               Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:    Non-ECF Attorneys and Pro se Parties